1058

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN C. FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-05395-0, Charles Johnson III, J. Pro Tem., entered November 24, 1999. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. BEANBLOSSOM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08085-4, Liem E. Tuai, J., entered January 3, 2000. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GRAYLYNN JANUARY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05785-0, Michael J. Trickey, J., entered January 10, 2000. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GENE A. NASH, *Appellant*.
*In the Matter of the Personal Restraint of* GENE A. NASH, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 97-1-00115-7, Philip M. Raekes, J., entered March 11, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.